No. 243, Misc. LEWIS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Alfred V. J. Prather* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 584. ANDERSON *v.* GLADDEN, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Robert Y. Thornton,* Attorney General of Oregon, and *Harold W. Adams,* Assistant Attorney General, for respondent.

No. 694, Misc. JACKSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Nathan Kestnbaum* for petitioner. *Edward S. Silver* and *William I. Siegel* for respondent.

No. 302. HYLAND ET AL. *v.* WATSON ET AL., *ante,* p. 876;

No. 348. MARSHALL *v.* UNITED STATES, *ante,* p. 898; and

No. 353. HILBERT ET AL. *v.* PENNSYLVANIA RAILROAD Co., *ante,* p. 900. Petitions for rehearing denied.

No. 229. DALY *v.* UNITED STATES ET AL., *ante,* p. 831. Motion to dispense with printing petition granted. Motion for leave to file petition for rehearing denied.

No. 470, Misc. MILLER *v.* OBERHAUSER, SUPERINTENDENT, INSTITUTION FOR MEN, *ante,* p. 874. Motion for leave to file petition for rehearing denied.